1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States of America

7
                    UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10 MICHELE WILKERSON,            )   1:06-cv-01472-OWW-SMS
                                 )
11      Plaintiff,               )
                                 )   STIPULATION OF DISMISSAL WITH
12   v.                          )   PREJUDICE PURSUANT TO
                                 )   SETTLEMENT; ORDER THEREON
13 UNITED STATES OF AMERICA,     )
                                 )
14      Defendant.               )
                                 )
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff MICHELE WILKERSON and Defendant UNITED STATES
2 OF AMERICA, by and through undersigned counsel, hereby
3 stipulate to dismissal of the action with prejudice, pursuant
4 to a Settlement Agreement entered into by the parties.  Each
5 party shall bear their/its own costs.  The parties request
6 that the Court retain jurisdiction to enforce the Settlement
7 Agreement.

                              Respectfully submitted,
9 Dated: March 1, 2007          McGREGOR W. SCOTT
                              United States Attorney


                         By:  /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney
                              Attorneys for the United States


                              Respectfully submitted,
15 Dated: February 28, 2007


                         By:  /s/ Del Toledo
                              DEL TOLEDO, ESQ.
                              Attorney for Plaintiff
                              MICHELE WILKERSON


IT IS SO ORDERED.

**Dated:   March 6, 2007**              **/s/ Oliver W. Wanger**
emm0d6                            UNITED STATES DISTRICT JUDGE